JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jacqueline Garcia, <br><br>  Plaintiff, <br><br> v. <br><br> Eric S. Cohan, Stephanie Syptak-Ramnath, Antony Blinken, <br><br> Defendants. | Case No: 2:23-cv-00849-CDS-VCF <br><br> **Unopposed Motion for Extension of Time** <br><br> **(Second Request)** |

The Federal Defendants respectfully move for a 30-day extension of time, from September 5, 2023, to October 5, 2023, to file a response to Plaintiff's Complaint (ECF No. 1). This is the second request for an extension of time. Undersigned defense counsel has inquired with Plaintiff's counsel, who has no objection to this request for an extension of time.

### MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. In this case, the Federal Defendants request additional time to file a response to the Complaint for the reasons set forth below.

Without admission or waiver by the parties, there have been recent developments at the agency level, and the parties desire additional time to assess such developments in general and relative to the existing complaint in this matter. This motion is filed in good faith and

1  not for the purposes of undue delay. Accordingly, Federal Defendants respectfully request,
2  and Plaintiff's counsel does not oppose, this extension of time, from September 5, 2023, to
3  October 5, 2023, to file a response to Plaintiff's Complaint.
4      Respectfully submitted this 30th day of August 2023.

        JASON M. FRIERSON
        United States Attorney

        /s/ Patrick A. Rose
        PATRICK A. ROSE
        Assistant United States Attorney

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 9-6-2023

2